# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2005

128047

CAROL ARCHER-HALL,
          Plaintiff-Appellee,

v

VARIETY FOOD SERVICES, INC.,
and AMERICAN ZURICH INSURANCE
COMPANY,
          Defendants-Appellants.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 128047
COA: 257740
WCAC: 03-000249

On order of the Court, the application for leave to appeal the January 27, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2005

_____
Clerk

11006